UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| POPPIN, INC.<br><br>      *Plaintiff*,<br><br>   v.<br><br>UNITED STATES,<br><br>      *Defendant*. | Court No. 20-00158 |

## COMPLAINT

Plaintiff, POPPIN, INC. ("POPPIN") by its undersigned attorneys, Simon Gluck & Kane LLP, hereby alleges as follows:

## THE PLAINTIFF

1. Plaintiff, POPPIN, is a corporation duly organized and existing under the laws of the State of Delaware, which maintains its primary place of business at 16 Madison Square West, 3rd Floor, New York, NY 10010.

## JURISDICTION

2. This court has jurisdiction of this action pursuant to 28 U.S.C. § 1581(i)(1), (2) and (4) because this civil action is commenced to contest the collection of retaliatory duties by the United States at the direction of and pursuant to decisions by the United States Trade Representative ("USTR") under Section 301 of the Trade Act of 1974, as amended (19 U.S.C. § 2111-2462).

3. As stated in 28 U.S.C. § 1581(i):

> **(i)** In addition to the jurisdiction conferred upon the Court of International Trade by subsections (a)–(h) of this section and subject to the exception set forth in subsection (j) of this section, the Court of International Trade shall have exclusive jurisdiction of any civil action commenced against the United States, its agencies, or its officers, that arises out of any law of the United States providing for—
>
> **(1) revenue from imports or tonnage;**
> **(2) tariffs, duties, fees, or other taxes on the importation of merchandise for reasons other than the raising of revenue**;
> (3) embargoes or other quantitative restrictions on the importation of merchandise for reasons other than the protection of the public health or safety; or
> **(4) administration and enforcement with respect to the matters referred to in paragraphs (1)–(3) of this subsection and subsections (a)–(h) of this section.** (Emphasis added).

4. Plaintiff, POPPIN, is the importer of record of the merchandise upon which the retaliatory duties that are the subject of this action were assessed and paid.

5. This case is brought to compel the Defendant United States to refund monies originally collected beginning on September 24, 2018 pursuant to the authority of 19 U.S.C. § 2411.

6. Subsequently on February 20, 2020 (85 Fed. Reg. 9921 et seq.) and May 8, 2020 (85 Fed. Reg. 27489 et seq.) the USTR announced certain retroactive exclusions from the effects of retaliatory duties under USTR Docket 2019-0005, including certain products imported under subheadings 9401.61.4031, 9401.71.0031, 9401.79.0050 and 9403.90.8041, Harmonized Tariff of the United States ("HTSUS").

7. The subject matter of this case involves no decision by the Commissioner of U.S. Customs and Border Protection protestable under 19 U.S.C. § 1515.

8. All liquidated duties, charges, or exactions have been paid prior to the filing of the summons in this action.

## DESCRIPTION OF THE MERCHANDISE

9. The imported goods upon which retroactive refunds are sought are:

Upholstered chairs with wooden frames, other than of teak, not for children or households (described in statistical reporting number 9401.61.4031). Exclusion #130, May 8, 2020;

Upholstered chairs with frames of iron or steel (described in statistical reporting number 9401.71.0031). Exclusion #133, May 8, 2020;

Seats with metal frames, not upholstered, not folding, suitable for stacking (described in statistical reporting number 9401.79.0050). Exclusion #135, May 8, 2020; and

Parts of office furniture, each consisting of a modular table base and support of base metals, with electric height adjustment mechanism, weighing not more than 40 kg (described in statistical reporting number 9403.90.8041). Exclusion #47, February 20, 2020.

## CLAIM

10. Paragraphs 1 through 9, supra, are incorporated as though set forth fully herein.

11. The imported merchandise involved in this claim consists of the items entered through the Ports of the United States on or after September 24, 2018 under subheadings 9401.61.4031, 9401.71.0031, 9401.79.0050 and 9403.90.8041, HTSUS, including but not limited to the entries listed on the attached Exhibit made on or after September 24, 2018. See Exhibit.

12. The regular duties, taxes and fees plus USTR applied duties under section 301 of the Trade Act of 1974 have been paid.

13.    The United States remains in wrongful possession of the section 301 duties on Plaintiff's entries of the subject merchandise as the USTR has determined that no such duties apply *ab initio* to the date of implementation of 301 duties on "List 3" of the impacted items previously announced by the USTR.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court:

(a)    enter judgment holding that Defendant must refund all duties collected pursuant to section 301 of the Trade Act of 1974 on merchandise on import entries herein enumerated that were retroactively excluded from USTR Docket 2019-0005;

(b)    order refund of the monies due through reliquidation of the involved entries or otherwise including interest at the rate established by 26 U.S.C. § 6621; and

(c)    grant such additional relief the Court deems just and proper.

Respectfully submitted,

SIMON GLUCK & KANE LLP

By:    s/Christopher M. Kane
        Christopher M. Kane
        Daniel J. Gluck
        Mariana del Rio Kostenwein
        535 Fifth Avenue, Fourth Floor
        New York, New York 10017
        (212) 775-0055

Attorneys for Plaintiff

Dated: August 20, 2020

# **Exhibit**

| Entry Number |
| --- |
| 523 1210315-4 |
| 523 1211326-0 |
| 523 1213031-4 |
| 523 1213056-1 |
| 523 1213114-8 |
| 523 1214769-8 |
| 523 1214804-3 |
| 523 1215993-3 |
| 523 1215997-4 |
| 523 1215998-2 |
| 523 1217391-8 |
| 523 1217392-6 |
| 523 1219538-2 |
| 523 1219540-8 |
| 523 1220683-3 |
| 523 1220689-0 |
| 523 1222272-3 |
| 523 1222274-6 |
| 523 1222323-4 |
| 523 1222332-5 |
| 523 1222333-3 |
| 523 1222339-0 |
| 523 1223475-1 |
| 523 1223480-1 |
| 523 1223482-7 |
| 523 1223519-6 |
| 523 1223520-4 |
| 523 1223561-8 |
| 523 1224887-6 |
| 523 1226669-6 |
| 523 1226679-5 |
| 523 1226690-2 |
| 523 1226727-2 |
| 523 1227702-4 |
| 523 1227708-1 |
| 523 1227709-9 |
| 523 1227773-5 |
| 523 1227774-3 |
| 523 1261063-8 |